UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Taylour Butler,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>Credit Management, LP,<br><br>　　　　　　　　　Defendant. | Civil Action No.:  4:19-cv-00054-ALM |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 2, 2019

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 By: */s/ Jody B. Burton*

　　　　　　　　　　　　　　　　　　　Jody B. Burton, Esq.
　　　　　　　　　　　　　　　　　　　CT Bar No. 422773
　　　　　　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　jburton@lemberglaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By   /s/ Jody B. Burton

                                                       Jody B. Burton